UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WHOLE BODY RESEARCH, LLC, a California limited liability company; PROBIOTIC AMERICA, LLC a California limited liability company; PACIFIC HEALTH SUPPLEMENTS, LLC (d/b/a NUCIFIC), a California limited liability company; DSMB PARTNERS, LLC (d/b/a ACTIVATED YOU), a California limited liability company; AGOURA HEALTH PRODUCTS, LLC (d/b/a GUNDRY MD, LLC), a California limited liability company; and PRINCETON NUTRIENTS, LLC, a California limited liability company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DIGEST MD, LLC, a Wyoming limited liability company; UNITED PROBIOTICS, LLC, a Delaware limited liability company; SUNAINA KODURU, an individual; SUTHA SACHAR, an individual; ALAN KOFMAN, an individual; CHRISTIAN EDMONDS, an individual; and DOES 1-10,<br><br>        Defendants. | CASE NO. 2:18-cv-01233-JAK-JC<br><br>**JUDGMENT**<br><br>**JS-6** |

1

The Plaintiffs Whole Body Research, LLC, Probiotic America, LLC, Pacific Health Supplements, LLC (d/b/a Nucific), DSMB Partners, LLC (d/b/a Activated You), Agoura Health Products, LLC (d/b/a Gundry MD, LLC) and Princeton Nutrients, LLC (together, the "Plaintiffs") have entered into separate settlement agreements with: (1) Defendants Digest MD, LLC, Alan Kofman, Christian Edmonds and Sunaina Koduru (together, the "Digest MD Defendants"); and (2) Defendants United Probiotics, LLC ("United Probiotics") and Dr. Sutha Sachar (together, the "United Probiotics Defendants"), without any admission of wrongdoing, fault, or liability by the United Probiotics Defendants or Digest MD Defendants. Based on those agreements,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendants Digest MD, LLC, Alan Kofman, Christian Edmonds and Sunaina Koduru are permanently enjoined, worldwide, from any further use of Digest MD's "Five Fatal Foods" video sales letter at http://fivefatalfoods.com or anywhere else and from displaying, performing or otherwise using, in any media now known or hereafter devised, the trade dress and works identified in Plaintiffs' complaint in this action in Paragraph 30, and at Exhibits 3A, 5A, 7A, except as to content originating from the public domain or a source independent of any of the Plaintiffs;

2. Defendants United Probiotics, LLC and Sutha Sachar are permanently enjoined, worldwide, from any further use of United Probiotics' "3 Horrible Foods" video sales letter on the United Probiotics website or anywhere else and from displaying, performing or otherwise using, in any media now known or hereafter devised, the trade dress and works identified in Plaintiffs' complaint in this action in Paragraph 30, and at Exhibits 6B and 7B thereto;

3. Plaintiffs' claims in this action against the United Probiotics Defendants are dismissed with prejudice, and that each of the Plaintiffs and United Probiotics Defendants shall bear her or its own attorneys' fees and costs in

connection with Plaintiffs' claims against the United Probiotics Defendants and the dismissal thereof;

4. All of Plaintiffs' claims in this action against the Digest MD Defendants are dismissed with prejudice, and that each of the Plaintiffs and Digest MD Defendants shall bear his, her or its own attorney's fees and costs in connection with Plaintiffs' claims against the Digest MD Defendants and the dismissal thereof;

5. This Judgment shall become final as to the United Probiotics Defendants on the date set forth below; and

6. The Court shall retain jurisdiction until February 15, 2020, to enforce the settlement agreement between the Plaintiffs and Digest MD Defendants, at which point this Judgment shall become final as to the Digest MD Defendants, unless before that date a proposed consent judgment against the Digest MD Defendants is submitted to this Court.

IT IS SO ORDERED.

Dated: October 9, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE