1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   LEO A. BAUTISTA, SB# 149889
2     E-Mail: Leo.Bautista@lewisbrisbois.com
   WILLIAM ARCHER, SB# 133068
3     E-Mail: William.Archer@lewisbrisbois.com
   IAN R. RAINEY, SB#
4     E-Mail: Ian.Rainey@lewisbrisbois.com
   633 West 5th Street, Suite 4000
5  Los Angeles, California 90071
   Telephone: 213.250.1800
6  Facsimile: 213.250.7900

7  Attorneys for Plaintiffs Whole Body
   Research, LLC,; Probiotic America, LLC;
8  Pacific Health Supplements, LLC (d/b/a
   Nucific); DSMB Partners, LLC (d/b/a
9  Activated You); Agoura Health Products,
   LLC (d/b/a Gundry MD, LLC); and
10 Princeton Nutrients, LLC

11

                    UNITED STATES DISTRICT COURT
12
            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
13

14
   | WHOLE BODY RESEARCH, LLC, a | CASE NO. 2:18-cv-01233-JAK-JC |
15 | California limited liability company; | |
   | PROBIOTIC AMERICA, LLC a | **NOTICE OF LODGING CONSENT** |
16 | California limited liability company; | **JUDGMENT [PURSUANT TO** |
   | PACIFIC HEALTH SUPPLEMENTS, | **STIPULATION]** |
17 | LLC (d/b/a NUCIFIC), a California | |
   | limited liability company; DSMB | The Hon. John A. Kronstadt |
18 | PARTNERS, LLC (d/b/a ACTIVATED | |
   | YOU), a California limited liability | |
19 | company; AGOURA HEALTH | |
   | PRODUCTS, LLC (d/b/a GUNDRY | |
20 | MD, LLC), a California limited liability | |
   | company; and PRINCETON | |
21 | NUTRIENTS, LLC, a California | |
   | limited liability company, | |
22 | | Trial Date:   None Set |
   |         Plaintiffs, | |
23 | | |
   |    vs. | |
24 | | |
   | DIGEST MD, LLC, a Wyoming limited | |
25 | liability company; UNITED | |
   | PROBIOTICS, LLC, a Delaware | |
26 | limited liability company; SUNAINA | |
   | KODURU, an individual; SUTHA | |
27 | SACHAR, an individual; ALAN | |
   | KOFMAN, an individual; CHRISTIAN | |
28 | EDMONDS, an individual; and DOES | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4850-8343-8725.1

NOTICE OF LODGING CONSENT JUDGMENT [PURSUANT TO STIPULATION]

1-10,

Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs WHOLE BODY RESEARCH, LLC, PROBIOTIC AMERICA, LLC, PACIFIC HEALTH SUPPLEMENTS, LLC (d/b/a Nucific), DSMB PARTNERS, LCC (d/b/a Activated You), AGOURA HEALTH PRODUCTS, LLC (d/b/a Gundry MD, LLC) and PRINCETON NUTRIENTS, LLC (together, the "Plaintiffs") hereby give notice of lodging the attached Consent Judgment [Pursuant to Stipulation].

DATED: January 15, 2019         LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/ William Archer
William Archer
Attorneys for Plaintiffs Whole Body Research, LLC,; Probiotic America, LLC; Pacific Health Supplements, LLC (d/b/a Nucific); DSMB Partners, LLC (d/b/a Activated You); Agoura Health Products, LLC (d/b/a Gundry MD, LLC); and Princeton Nutrients, LLC