1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   LEO A. BAUTISTA, SB# 149889
2    E-Mail: Leo.Bautista@lewisbrisbois.com
   WILLIAM ARCHER, SB# 133068
3    E-Mail: William.Archer@lewisbrisbois.com
   IAN R. RAINEY, SB#
4    E-Mail: Ian.Rainey@lewisbrisbois.com
   633 West 5th Street, Suite 4000
5  Los Angeles, California 90071
   Telephone: 213.250.1800
6  Facsimile: 213.250.7900

7  Attorneys for Plaintiffs Whole Body Research, LLC,; Probiotic America, LLC;
8  Pacific Health Supplements, LLC (d/b/a Nucific); DSMB Partners, LLC (d/b/a
9  Activated You); Agoura Health Products, LLC (d/b/a Gundry MD, LLC); and
10 Princeton Nutrients, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| WHOLE BODY RESEARCH, LLC, a California limited liability company; PROBIOTIC AMERICA, LLC a California limited liability company; PACIFIC HEALTH SUPPLEMENTS, LLC (d/b/a NUCIFIC), a California limited liability company; DSMB PARTNERS, LLC (d/b/a ACTIVATED YOU), a California limited liability company; AGOURA HEALTH PRODUCTS, LLC (d/b/a GUNDRY MD, LLC), a California limited liability company; and PRINCETON NUTRIENTS, LLC, a California limited liability company, | CASE NO. 2:18-cv-01233-JAK-JC **APPLICATION FOR ENTRY OF CONSENT JUDGMENT PURSUANT TO: (1) STIPULATION; AND (2) THIS COURT'S OCTOBER 9, 2018 JUDGMENT** The Hon. John A. Kronstadt |
|---|---|
| Plaintiffs, | |
| vs. | Trial Date:   None Set |
| DIGEST MD, LLC, a Wyoming limited liability company; UNITED PROBIOTICS, LLC, a Delaware limited liability company; SUNAINA KODURU, an individual; SUTHA SACHAR, an individual; ALAN KOFMAN, an individual; CHRISTIAN EDMONDS, an individual; and DOES | |

4816-2217-8950.1

APPLICATION FOR ENTRY OF CONSENT JUDGMENT PURSUANT TO STIPULATION

1-10,

      Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs WHOLE BODY RESEARCH, LLC, PROBIOTIC AMERICA, LLC, PACIFIC HEALTH SUPPLEMENTS, LLC (d/b/a Nucific), DSMB PARTNERS, LCC (d/b/a Activated You), AGOURA HEALTH PRODUCTS, LLC (d/b/a Gundry MD, LLC) and PRINCETON NUTRIENTS, LLC (together, the "Plaintiffs") hereby apply to this Court for entry of the attached Consent Judgment Pursuant to: (1) Stipulation and (2) this Court's October 9, 2018 Judgment retaining jurisdiction for this purpose. The Proposed Consent Judgment is against Defendants Digest MD, LLC, Alan Kofman, Christian Edmonds and Sunaina Koduru (together, the "Digest MD Defendants"), and is also being lodged herewith.

On October 9, 2018, this Court entered a judgment (Document 93) that by its terms became final <u>as to the United Probiotics Defendants</u> on that date but which provided:

> "<u>The Court shall retain jurisdiction until February 15, 2020</u> for purposes of enforcing the settlement agreement between the Plaintiffs and Digest MD Defendants, <u>at which point this Judgment shall become final as to the Digest MD Defendants unless before that date a proposed consent judgment against the Digest MD Defendants is submitted to this Court.</u>"

October 9, 2018 Judgment, paragraph 6 (emphasis added). Plaintiffs are herewith

submitting such a proposed consent judgment.

On January 2, 2019, Plaintiffs sent a letter by Federal Express to Defendants Digest MD, LLC, Alan Kofman and Christian Edmonds (together "DKE") and their counsel of record pursuant to and at the addresses designated in a Confidential Settlement Agreement (the "Agreement") effective as of August 8, 2018 between Plaintiffs and DKE. The letter gave notice of default with respect to the payment due January 1, 2019. Federal Express confirmed that the letter was delivered to DKE's counsel on January 3, 2019 and to DKE on January 7, 2019. Declaration of William Archer, paragraph 2.

Paragraph 4 of the Agreement provides:

"Interest shall not accrue on the Discounted Settlement Amount except in the event of an uncured default. In such an event, commencing on the date of the First Installment, the remaining balance (i.e., the Settlement Amount less any portion thereof previously received by Plaintiffs) shall accrue interest at the rate of 1.2% per annum until the filing of a Consent Judgment."

Archer Dec., ¶3; Ex. 1 thereto, ¶4.

The date of the First Installment paid by DKE was August 15, 2018. The Settlement Amount under the Agreement is $120,000. The only portion thereof received by Plaintiffs from DKE is $25,000. Archer Dec., ¶4.

Paragraph 6 of the Agreement provides:

"In the event of an uncured default of the terms of payment of the Discounted Settlement Amount, which is not cured within three (3)

business days of receipt of a written notice of default from Plaintiffs, Plaintiffs shall be entitled in their sole and absolute discretion to file the Consent Judgment in the amount equal to: (x) the Settlement Amount, less (y) any portion of the Discounted Settlement Amount, plus interest, previously received by Plaintiffs, in the form attached hereto as Exhibit A ("Consent Judgment"), which shall be filed together with a declaration of default signed by Plaintiffs' legal counsel. With the exception of a challenge to the calculation of the interest on the Consent Judgment amount and the amounts or number of Installments paid, DKE and their affiliates, successors and assigns, expressly waive any and all defenses, objections, arguments or claims challenging or contesting the validity of the Consent Judgment in any court, judicial or arbitral proceeding. The parties agree that post-judgment interest shall begin to accrue on the Consent Judgment upon its filing at the rate set forth in the applicable state and/or federal statutes."

Archer Dec., ¶5; Ex. 1, Agreement, ¶6.

Plaintiffs are lodging herewith a proposed Consent Judgment in the form that was attached to the Agreement with the blanks filled, including $499.73 in accrued interest at 1.2% per annum on $95,000 from August 15, 2018 until January 22, 2019, and with an added line regarding attorneys' fees. Archer Dec., ¶6.

Paragraph 7 of the Agreement provides:

"In the event of an uncured default of the terms of payment of the Discounted Settlement Amount as provided in Section 3, or if any action, motion or other proceeding is brought for the interpretation or enforcement of this Agreement, or arising out of, or in any way related to, this Agreement, the successful or prevailing party shall be entitled to

recover its or their reasonable attorneys' fees, costs and expenses actually incurred in connection therewith, in addition to any other relief to which the party or parties may be entitled by law, including but not limited to pre-judgment and post-judgment interest."

Archer Dec., ¶7; Ex. 1, Agreement, ¶7.

Undersigned counsel's billing rate throughout handling of this matter has been and is $490 per hour. He spent 1.5 hours reviewing the Agreement for the procedure for completing and submitting the proposed Consent Judgment, calculating the amounts of principal and interest pursuant to the Agreement and preparing his declaration and the application and anticipate spending another 0.2 hours filing this declaration and lodging the proposed Consent judgment for a total of 1.7 hours. Plaintiffs therefore request that, per the Agreement, the Court add $833 in attorneys' fees to the Consent Judgment. Archer Dec., ¶8.

DATED: January 23, 2019        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ William Archer
William Archer
Attorneys for Plaintiffs Whole Body Research, LLC,; Probiotic America, LLC; Pacific Health Supplements, LLC (d/b/a Nucific); DSMB Partners, LLC (d/b/a Activated You); Agoura Health Products, LLC (d/b/a Gundry MD, LLC); and Princeton Nutrients, LLC