UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WHOLE BODY RESEARCH, LLC, a California limited liability company; PROBIOTIC AMERICA, LLC a California limited liability company; PACIFIC HEALTH SUPPLEMENTS, LLC (d/b/a NUCIFIC), a California limited liability company; DSMB PARTNERS, LLC (d/b/a ACTIVATED YOU), a California limited liability company; AGOURA HEALTH PRODUCTS, LLC (d/b/a GUNDRY MD, LLC), a California limited liability company; and PRINCETON NUTRIENTS, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>DIGEST MD, LLC, a Wyoming limited liability company; UNITED PROBIOTICS, LLC, a Delaware limited liability company; SUNAINA KODURU, an individual; SUTHA SACHAR, an individual; ALAN KOFMAN, an individual; CHRISTIAN EDMONDS, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:18-cv-01233-JAK-JC<br><br>**CONSENT JUDGMENT PURSUANT TO:**<br>**(1) STIPULATION; AND (2) THIS COURT'S OCTOBER 9, 2018 JUDGMENT (DKT. 98)** |

Pursuant to the Confidential Settlement Agreement and Release ("Agreement") between, on the one hand, plaintiffs Whole Body Research, LLC, Probiotic America, LLC, Pacific Health Supplements, LLC (d/b/a Nucific), DSMB Partners, LLC (d/b/a Activated You), Agoura Health Products, LLC (d/b/a Gundry MD, LLC) and Princeton Nutrients, LLC (together, "Plaintiffs"), and, on the other hand, defendants Digest MD, LLC ("Digest MD"), Alan Kofman ("Kofman"), Christian Edmonds ("Edmonds") and Sunaina Koduru (together, the "Digest MD Defendants") (hereinafter collectively "the parties"), and good cause appearing therefor,

THE COURT HEREBY FINDS:

1. On February 14, 2018, Plaintiffs filed a complaint entitled, *Whole Body Research, LLC, et al. v. Digest MD, LLC, et al.,* in the United States District Court for the Central District of California, Case No. 2:18-cv-01233 JAK-JC (the "Action").

2. Plaintiffs and the Digest MD Defendants entered into the Agreement effective as of August 8, 2018 resolving all claims between them in the Action, and disclaiming any wrongdoing or liability. As part of the Agreement, Digest MD, Kofman and Edmonds (together, "DKE") agreed to pay Plaintiffs one hundred twenty thousand dollars ($120,000.00) (the "Settlement Sum"), which obligation would be discounted to one hundred thousand dollars ($100,000.00) if timely satisfied through installment payments pursuant to the Agreement ("Payments").

3. The Agreement provides that in the event that DKE fail to make any of their Payments to Plaintiffs, DKE will have three (3) business days to cure their default from the date that Plaintiffs' counsel provides notice of default to DKE's counsel. If DKE's default is not cured with three (3) business days of Plaintiffs' written notice of default, then Plaintiffs are authorized to file this Stipulated Judgment in the amount of one hundred twenty thousand dollars ($120,000.00)

("Judgment") less any Payments made by DKE, plus interest accruing from August 15, 2018 at 1.2% on the principal amounts unpaid.

    4.    DKE have thus far made a total of four payments totaling $25,000.00. On January 2, 2019, DKE defaulted on their Installment Payment obligations. DKE further failed to cure their default on January 10, 2019 after receiving proper notice pursuant to the Agreement on January 7, 2019. Interest accrued on $95,000.00 at 1.2% per annum from August 15, 2018, until lodging of the proposed consent judgment in the amount of $499.73.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiffs and against Defendants Digest MD, LLC, Alan Kofman and Christian Edmonds in the amount of $95,499.73, plus $833 in attorneys' fees for a total judgment of $96,332.73. This Consent Judgment supersedes the Judgment at Dkt. 93 as to the Digest MD Defendants.

    IT IS SO ORDERED.

Dated: February 5, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE